## KRENEK v. STATE.
### No. 22207.

Court of Criminal Appeals of Texas.
June 17, 1942.

E. T. Simmang, Jr., of Giddings, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted in the County Court on a charge of theft and assessed a penalty of $25.

The record is before us without statement of facts or bills of exception. The procedure appears to be regular and there is nothing presented for the consideration of this court.

The judgment of the trial court is affirmed.